# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARRAGAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01310-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 12) |

On January 13, 2023, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 12.) The parties seek an extension of time to file Defendant's brief from January 17, 2023, to February 17, 2023. This is Defendant's first request for an extension. The parties proffer good cause exists because, despite working diligently to meet the case deadlines, counsel for Defendant requires additional time to review the substantial administrative record, consider the multiple issues raised, and determine whether an answer should be filed in this case. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 12) is GRANTED;

1

2. Defendant shall have until **February 17, 2023**, to file the opening brief; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE