# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARRAGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:22-cv-01310-SAB<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 14) |

Martha Barragan ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

On February 2, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). (ECF No. 14.) Pursuant to the terms of the stipulation, on remand, the Commissioner will re-evaluate the step two impairments; resolve any conflicts between the residual functional capacity and the occupations identified at step five; and offer the claimant the opportunity for a rehearing, take further action to complete the administrative record resolving the above issues, and issue a new decision. (Id. at 1–2.) The parties further request that

the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Martha Barragan and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **February 2, 2023**

UNITED STATES MAGISTRATE JUDGE