# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARRAGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01310-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 17) |

Martha Barragan ("Plaintiff") filed the complaint in this action on October 14, 2022. (ECF No. 1.) On February 2, 2023, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 14, 15, 16.) On April 28, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $1,149.01, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF Nos. 17.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

1     Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $1,149.01.

IT IS SO ORDERED.

Dated:   **May 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE